1016

[No. 42604-8-II.   Division Two.   December 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY LEE RILEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-05151-3, Frederick W. Fleming and Rosanne Buckner, JJ., entered September 16, 2011. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Hunt and Penoyar, JJ.

[No. 43055-0-II.   Division Two.   December 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE ANTHONY MATA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03558-1, Brian M. Tollefson, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 29952-0-III.   Division Three.   December 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO AROUSA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00120-5, John M. Antosz, J., entered May 31, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kulik, JJ.

[No. 28407-7-III.   Division Three.   December 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM ANN SCHARNHORST, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00179-4, Vic L. VanderSchoor, J., entered August 19, 2009. *Reversed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.